373 A.2d 1150

McGrath, et al. v. Crossman, et al., Appellants.

Argued December 8, 1976. Joseph J. Murphy, with him Robert J. Murphy and Thomas W. Murphy, for appellants; Glenn C. Equi, with him Robert Needle, for appellees.

Order affirmed.